1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  CHRIS P. DOOP,                          )   No. C 14-04537 HRL (PR)
                                          )
10             Plaintiff,                  )   **ORDER OF TRANSFER**
                                          )
11      v.                                 )
                                          )
12                                         )
   AVENAL STATE PRISON, et al.,            )
13                                         )
               Defendants.                 )
14  _____)

15

16      Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42

17  U.S.C. § 1983 against officials at the Avenal State Prison in Avenal, California.  Plaintiff

18  claims that Defendants provided inadequate medical care.  Because the acts complained

19  of occurred in Kings County, which lies within the venue of the Eastern District of

20  California, venue properly lies in that district and not in this one.  See 28 U.S.C. §

21  1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court

22  for the Eastern District of California.  See 28 U.S. C. § 1406(a).

23      The Clerk shall terminate all pending motions and transfer the entire file to the

24  Eastern District of California.

25      **IT IS SO ORDERED.**

26

27  DATED:  11/25/14

28                                          HOWARD R. LLOYD
                                           United States Magistrate Judge

Order of Transfer
P:\PRO-SE\HRL\CR.14\04537Doop_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHRIS P. DOOP,

        Plaintiff,

   v.

AVENAL STATE PRISON, et al.,

        Defendants.

                           /

Case Number: CV14-04537 HRL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___11/26/2014___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Chris Doop AR5195
Avenal State Prison
P.O. Box 904
Avenal, CA 93204

Dated: ___11/26/2014___        *P. Cromwell deputy*

                                Richard W. Wieking, Clerk