# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS DOOP,<br><br>          Plaintiff,<br><br>     vs.<br><br>WOODFORD, et al.,<br><br>          Defendant. | ) 1:14cv01933 DLB PC<br>)<br>)<br>) ORDER TO SHOW CAUSE WHY ACTION<br>) SHOULD NOT BE DISMISSED FOR<br>) FAILURE TO FOLLOW A COURT ORDER<br>) AND FAILURE TO PROSECUTE<br>)<br>) TWENTY-ONE DAY DEADLINE<br>) |

   Plaintiff Chris Doop ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff commenced this action by writing a letter to the United States District Court for the Northern District of California on October 10, 2014.  He filed his complaint on October 24, 2014.  On January 5, 2015, Plaintiff filed a First Amended Complaint ("FAC") as a matter of right.[1]

   On May 14, 2015, the Court screened Plaintiff's FAC and dismissed it with leave to amend.  Plaintiff was ordered to file an amended complaint within thirty (30) days.  Over thirty (30) days have passed and Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on December 12, 2014.

1

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff SHALL file a response to this order within twenty-one (21) days of the date of service of this order.  Plaintiff may also comply with this order by filing an amended complaint.

     <u>Failure to respond to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

   Dated:   **July 6, 2015**                       /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE